UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE WADE, | No. C 07-5390 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALAMEDA COUNTY, | |
| Defendant. | |

This civil rights action is dismissed without prejudice to petitioner filing a habeas petition to challenge a state court conviction.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2007

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California